```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA


BRYAN KERR DICKSON,           :
       Plaintiffs             :    No. 1:16-cv-01490
                              :
    vs.                       :    (Judge Kane)
                              :
UNITED STATES OF AMERICA,     :
et al.,                       :
       Defendants             :
```

### ORDER

In accordance with the accompanying memorandum, on this 16th day of February 2017, **IT IS HEREBY ORDERED THAT:**

    1. Plaintiff's motion to proceed in forma pauperis (Doc. Nos. 5, 10) is construed as a motion for leave to proceed without full prepayment of the filing fee and **GRANTED** for purposes of filing the complaint.

    2. Plaintiff's complaint (Doc. Nos. 1, 2, 4) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint as set forth below within thirty (30) days of the date hereof.

    3. The amended complaint should be complete in all respect without reference to the original complaint filed by Plaintiff.

    4. The Clerk of Court shall send a form civil rights complaint to Plaintiff. Plaintiff may attach continuation pages and exhibits to the amended complaint.

5. Plaintiff's claims for injunctive relief and release from confinement and against the Bureau of Prisons, its Regional Counsel's Office and Central Office and USP-Allenwood are **DISMISSED** without leave to file an amended complaint.

6. If Plaintiff fails to file an amended complaint within thirty (30) days of the date hereof, the Clerk shall close this case without further order of court.

7. Plaintiff's motion for appointment of counsel (Doc. No. 12) is **DENIED.**

8. Plaintiff's so-called motion for leave to file excess pages (Doc. No. 3) is **DENIED.**[1]

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania

---

1. This motion is moot in light of the court giving Plaintiff an opportunity to file an amended complaint.